## COMMON PLEAS COURT

### No. 577

### MILNER-BLONDER CO. v. E. 106th ST. HOLDING CO.

Common Pleas Court, Cuyahoga Co.
No. 266,079. Decided April 14, 1927.
1002. RECEIVERS—997. Real Estate—A Receiver for real estate is entitled to rent which accrued before his appointment.
KRAMER, J.

In this case it appears that at the time of the appointment of the receiver certain rent had accrued which the receiver proceeded to collect. The owner of the property claims this money to be his and seeks an order upon the receiver for its payment to him.

The question presented is whether the receiver of property under foreclosure, or the owner, is entitled to rent accrued and unpaid at the time of the receiver's appointment. This question seems to be entirely novel and never to have been passed upon by any court. Upon principle, this court is of the opinion that this accrued rental belongs to the receiver and was properly collected by him.

Motion denied.

---

### No. 578

### RANCH v. CLEVE. R. R. CO.

Common Pleas Court, Cuyahoga Co.
No. 273,569
793. MOTOR VEHICLES—829 Negligence —Where a motor truck was left standing at the curb with the engine running, and a party was injured by a street car while attempting to cross the street. The fact that the owner of the motor truck was violating an ordinance, does not render him liable unless facts are pleaded which show that the violation contributed promixately to the injuries.

NEWCOMER, J.

The petition pleads in substance that the truck owned by the defendant, the Cleveland Ice Cream Co., was left standing next to the curb with the engine running. The petition further states that the plaintiff was injured by a street car while attempting to cross the street. No facts are pleaded which show in any way that the running of the engine contributed proximately to the injury of the plaintiff.

The fact that the defendant, the Cleveland Ice Cream Co., violated an ordinance by permitting the engine of the truck to run is not sufficient to make the defendant, the Cleveland Ice Cream Co., owner of the truck, liable, unless facts are pleaded which show that this violation contributed proximately to the injuries.

Demurrer of Cleveland Ice Cream Co. sustained.

---

## Weekly Abstract of PENDING CASES

EXPLANATION. The following statements, synopsizing cases recently docketed in the Supreme Court, were prepared by our editors, from the recitals, arguments, etc., appearing in the Motion to Certify, Briefs and other papers filed therewith.

It should be borne in mind that the Pending cases are, as yet, undecided, and the results merely problematical. They are published in the Abstract, premonitorially, to acquaint the Bar with the issues in them, and to confront the lawyers with knowledge that, as an authority, they, and former decision in the case, will be unsettled, until a final decision is made.

Consult the weekly Concordance closely, to ascertain the dispositions finally made of the cases by the higher courts.

For meaning of Abreviations, See Ternary Digest, page XII.